IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE ROSS GROUP CONSTRUCTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LEIDOS ENGINEERING, LLC; BENHAM DESIGN, LLC; AND SNB MECHANICAL CONTRACTORS, INC., <br><br> Defendants. | Case No. 4:22-cv-00168-GKF-CDL |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, The Ross Group Construction Corporation ("TRGCC"), and Defendants, Leidos Engineering, LLC ("Leidos"), Benham Design, LLC ("Benham"), and SNB Mechanical Contractors, Inc. ("SNB"), by and through their respective counsel of record, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action, and all claims asserted herein, shall be dismissed with prejudice.

TRGCC, Leidos, Benham, and SNB further agree and stipulate that each party shall bear its own costs, attorney's fees, and all other expenses incurred in this action.

Jointly submitted respectfully,

*/s/ John E. Harper, Jr.*
John E. Harper, Jr., OBA No. 17390
Timothy L. Rogers, OBA No. 22292
BARROW & GRIMM, P.C.
110 West 7th Street, Suite 900
Tulsa, OK  74119-1044
Tel:   (918) 584-1600
Fax:   (918) 585-2444
Email: harper@barrowgrimm.com
       rogers@barrowgrimm.com

*Counsel for Plaintiff, The Ross Construction Corp.*


*/s/ Ryan A. Ray*
Ryan A. Ray, OBA No. 22281
NORMAN WOHLGEMUTH LLP
3200 Mid-Continent Tower
401 South Boston Ave.
Tulsa, OK  74103-4024
Tel:   (918) 583-7571
Fax:   (918) 584-7846
Email: rray@nwlawok.com

―and―

Jonathan R. Wright (*pro hac vice*)
WATT, TIEDER, HOFFAR,
& FITZGERALD LLP
1765 Greensboro Station Place, Suite 1000
McLean, VA  22102-3468
Tel:   (703) 749-1000
Fax:   (703) 893-8029
Email: jwright@watttieder.com

*Counsel for Defendant, Leidos Engineering, LLC*

/s/ Jeffrey A. Kennard
Jeffrey A. Kennard, OBA No. 19275
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, MO 64106-2197
Tel:   (816) 268-9400
Fax:   (816) 268-9409
Email: jkennard@sakg.com

—and—

Jeffrey W. Miller, OBA No. 15652
Vice President and General Counsel
THE HASKELL COMPANY
14000 Quail Springs Pkwy., Ste. 500
Oklahoma City, OK  73134-2654
Tel:   (405) 478-5353
Fax:   (405) 478-3721
Email: jeff.miller@haskell.com

*Counsel for Defendant, Benham Design, LLC*


/s/ Steven K. Metcalf
Steven K. Metcalf, OBA No. 14780
METCALF & SPITLER, LLP
20 East Fifth Street, Suite 750
Tulsa, OK  74103-4458
Tel:   (918) 508-2871
Fax:   (918) 551-7253
Email: smetcalf@metcalfspitler.com

—and—

Michael Hassett (*pro hac vice*)
HARRISON STECK, PC
515 Houston St., Ste. 701
Fort Worth, TX  76102-3983
Tel:   (817) 348-0400
Fax:   (817) 348-0406
Email: mhassett@harrisonsteck.com

*Counsel for Defendant, SNB Mechanical Contractors, Inc.*